**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| CHARLES RICE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:14-cv-02520-SHL-atc |
| | ) | |
| KENNETH NELSEN, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER DIRECTING PETITIONER TO FILE A STATUS UPDATE**

On September 27, 2022, the Court granted Petitioner Charles Rice's Unopposed Motion to Hold Proceedings in Abeyance and stayed the case while Petitioner pursued remedies in state court on his claim of intellectual disability.  (ECF No. 85.)  On May 8, 2024, Petitioner advised that the state court proceedings were still pending.  (ECF No. 92.)  Petitioner is **DIRECTED** to file an update notifying the Court of the status of any pending state court proceedings relevant to his federal habeas claims within twenty-one (21) days of the entry of this Order.

**IT IS SO ORDERED,** this 12th day of May, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE